The Honorable John H. Chun

IN THE UNITED STATES DISTRICT COURT OF WASHINGTON
IN AND FOR THE WESTERN DISTRICT

| | |
|---|---|
| JAMES GLEASON, trustee, JESSE SCOTT KENDOLL, trustee and participant, PEDRO ESPINOZA, participant, <br><br> Plaintiffs, <br><br> v. <br><br> DOUG ORTH, an individual, EVELYN SHAPIRO, an individual, <br><br> Defendants. | Case No. 2:22-cv-00305-JHC <br><br> STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT DOUG ORTH <br><br><br> NOTE ON MOTION CALENDAR: <br><br> October 25, 2022 |

**STIPULATION**

COMES NOW Defendant Doug Orth ("Orth"), an individual, and with Plaintiffs James Gleason, trustee, Jesse Scott Kendoll, trustee and participant, and Pedro Espinoza, participant, by and through counsel of record, hereby jointly stipulate and agree that the claims against Orth in the above-entitled matter be dismissed with prejudice, with each party bearing their own attorneys' fees, costs, and expenses relating thereto, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**SHANLEY, APC**
25120 Pacific Hwy. Ste. 200
Kent, WA 98032
T: (253) 945-8800

STIPULATED this 24th day of October, 2022.

*s/ R. Kennon Poteat III*
R. Kennon Poteat III, pro hac vice
Kaitlin J. Beach, pro hac vice
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
Phone: 202-434-5000
kpoteat@wc.com
kbeach@wc.com

*s/ Daniel M. Shanley*
Daniel M. Shanley, Esq.
SHANLEY, A Professional Corporation
25120 Pacific Hwy S, Ste. 200
Kent, WA 98032
Office: (253) 945-8800
Cell:   (702) 232-1555
dshanley@shanleyapc.com

*Attorneys for Plaintiffs*

*s/ J. Derek Little*
Medora A. Marisseau, WSBA No. 23114
J. Derek Little, WSBA No. 40560
Karr Tuttle Campbell
701 5th Ave., Ste. 3300
Seattle, WA 98104
Phone: (206) 223-1313
Fax: (206) 682-7100
mmarisseau@karrtuttle.com
dlittle@karrtuttle.com

*Attorneys for Defendant Doug Orth*

STIPULATION AND ORDER OF DISMISSAL AS TO
DEFENDANT DOUG ORTH - 2
Case No. 2:22-cv-00305-JHC

**SHANLEY, APC**
25120 Pacific Hwy. Ste. 200
Kent, WA 98032
T: (253) 945-8800

1

**ORDER OF DISMISSAL**

2

3      THIS MATTER comes before the Court upon stipulation as set forth above.  With good

4  cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED that all of

5  the claims asserted in the above-entitled matter against Defendant Doug Orth are hereby

6  DISMISSED in their entirety with prejudice and without award of fees, costs, or expenses to

7  any party.

8

9      DATED this 25th day of _____October_____, 2022.

10

11                                          _____

12                                          The Honorable John H. Chun
                                            United States District Judge
13

14  Presented by:

15  WILLIAMS & CONNOLLY LLP

16  By: s/ R. Kennon Poteat III
    R. Kennon Poteat III, pro hac vice
17  Kaitlin J. Beach, pro hac vice
    *Attorneys for Plaintiffs*
18

19  SHANLEY, A PROFESSIONAL CORPORATION

20
    By: s/ Daniel M. Shanley
21  Daniel M. Shanley, Esq.
    *Attorneys for Plaintiffs*
22

23  KARR TUTTLE CAMPBELL

24
    By: s/ J. Derek Little
25  Medora A. Marisseau, WSBA No. 23114
    J. Derek Little, WSBA No. 40560
26  *Attorneys for Defendant Doug Orth*

27

STIPULATION AND ORDER OF DISMISSAL AS TO
DEFENDANT DOUG ORTH - 3
Case No. 2:22-cv-00305-JHC

**SHANLEY, APC**
25120 Pacific Hwy. Ste. 200
Kent, WA 98032
T: (253) 945-8800

1

**CERTIFICATE OF SERVICE**

2

3      I hereby certify that on October 25, 2022, I electronically filed the foregoing document

4   with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

   to the attorneys of record for the parties.

5
      Dated this 25th day of October, 2022.
6

7                                        */s/ Daniel M. Shanley*
                                        Daniel M. Shanley, WSBA #41253
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**SHANLEY, APC**
25120 Pacific Hwy. Ste. 200
Kent, WA 98032
T: (253) 945-8800