THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES GLEASON, trustee, and JESSE SCOTT KENDOLL, trustee,<br><br>Plaintiffs,<br><br>v.<br><br>EVELYN SHAPIRO,<br><br>Defendant. | NO.: 2:22-cv-00305-JNW<br><br>STIPULATED MOTION TO STAY THE PROCEEDINGS<br><br>NOTE ON MOTION CALENDAR:<br>May 2, 2023 |

The parties jointly stipulate to, and submit this proposed order for, a stay of all proceedings and for all purposes in the above-captioned case while the parties engage in mediation in June in an attempt to resolve this and other matters.

The basis for this stipulation is as follows:

1. Following the Court's ruling on Defendants' motions to dismiss, the above-captioned case is in discovery. Pursuant to the Court's existing Scheduling Order, Dkt. #23, expert testimony disclosures are due May 17, discovery motions are due June 16, and discovery is to be completed by July 17.

2. The parties, however, are engaged in mediation discussions to try to resolve this

dispute.[1]  The parties are working with mediator Stephen Liacouras.

3. Mediation is being scheduled and is expected to take place in early June.

4. The parties believe it would be beneficial to stay these proceedings, including upcoming discovery obligations, to permit them the opportunity to try to resolve this dispute, and others, during the mediation in June.  The parties request a stay to permit them to focus time and resources on settlement discussions.

5. The parties plan to file a status report with this Court within 14 days following the completion of mediation.

THEREFORE, the parties stipulate to, and request that the Court order, the following:

The above-captioned proceeding is stayed for all purposes during the pendency of the parties' mediation.  The stay encompasses all discovery deadlines remaining as of the date of entry of this order.

---

[1] Other cases that are subject to settlement discussions in the mediation include: *United Brotherhood of Carpenters v. Shapiro*, 22-cv-245 (W.D. Wash.), 9th Cir. No. 23-35183; *United Brotherhood of Carpenters v. Shapiro*, 22-cv-1099 (W.D. Wash.), 9th Cir. No. 23-35184; and *United Brotherhood of Carpenters v. Sanchez*, 22-cv-5416 (W.D. Wash.), 9th Cir. No. 22-35182. This case has been identified as a related case to be included in mediation, and all parties to the above-captioned case will participate in the mediation.

Presented by:

DATED: May 2, 2023

By:    /s/ Daniel M. Shanley

      Daniel M. Shanley
      SHANLEY, A Professional Corporation

      Charles Davant IV
      R. Kennon Poteat III
      Kaitlin J. Beach
      WILLIAMS & CONNOLLY LLP

      Attorneys for Plaintiffs UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS

By:    /s/ Joan K. Mell

      Joan K. Mell
      III BRANCHES LAW, PLLC
      Attorney for Defendant EVELYN SHAPIRO

**ORDER**

The Court GRANTS the parties' Stipulated Motion to Stay the Proceedings. This matter is STAYED. The parties are directed to provide a status report within 14 days following the completion of the mediation.

Dated this 9th day of May, 2023.

Jamal N. Whitehead
United States District Judge

STIPULATION TO STAY                  3                 SHANLEY, APC
2:22-cv-00305-JNW                                    25120 PACIFIC HWY S., STE. 200
                                                                                  KENT, WA 98032
                                                                                  T: (702) 232-1555